NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HARVEST INSTITUTE FREEDMAN FEDERATION, WILLIAM WARRIOR AND BLACK INDIANS UNITED LEGAL DEFENSE FUND,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5104

---

Appeal from the United States Court of Federal Claims in case no. 06-CV-907, Senior Judge Robert H. Hodges, Jr.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Harvest Institute Freedman Federation et al.'s unopposed motions for extensions of time to file a response to the United States' motion to summarily affirm,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**MAY 2 7 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Percy Squire, Esq.
Elizabeth Ann Peterson, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 2 7 2011

**JAN HORBALY**
**CLERK**